IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS B. GARCIA,

        Petitioner,                      No. CIV S-07-0621 ALA HC

    vs.

D.K. SISTO,

        Respondent.               ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In order to file an application for a writ of habeas corpus, a petitioner must either file an in forma pauperis affidavit or pay the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). On September 17, 2007, Petitioner filed an in forma pauperis affidavit. However, Petitioner previously paid the required filing fee on March 30, 2007. Therefore Petitioner does not need to file an application to proceed in forma pauperis.

/////

DATED: September 27, 2007

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation

1