IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS B. GARCIA,

    Petitioner,                      No. 2:07-cv-00621 ALA HC

    vs.

D.K. SISTO,                             ORDER

    Respondent.

_____/

    Petitioner is proceeding with an application for writ of habeas corpus under 28 U.S.C. § 2254.

    Respondent is directed to file, within twenty-one (21) days from the date of this order, a brief, consisting of no more than ten (10) pages, responding to Petitioner's contention that he is entitled to have this Court determine whether habeas corpus relief is available to him because of the fact that his disciplinary conviction will affect his eligibility for release on parole as evidenced by the continuance of his May 2, 2007, parole hearing and the alleged statements of the parole board on that date that parole will be denied outright if the Petitioner's application for habeas corpus relief is denied by this Court.  In responding to this issue please discuss the applicability, if any, to the following cases: *Wilkinson v. Dotson*, 544 U.S. 74 (2005); *Heck v. Humphrey*, 512 U.S. 477 (1994); *Docken v. Chase*, 393 F.3d 1024 (9th Cir. 2004); *Ramirez v. Galaza*, 334 F.3d 850 (9th Cir. 2003); *Neal v. Shimoda*, 131 F.3d 818 (9th Cir. 1997); and *Bostic*

1

1 | *v. Carlson*, 884 F.2d 1267 (9th Cir. 1989).
2 | ///
3 |     Accordingly, IT IS HEREBY ORDERED that:
4 |     1.    Within twenty-one (21) days of this order, Respondent shall file the requested
5 | briefing.
6 |     4.    The Clerk of the Court shall serve a copy of this order on all parties.
7 | ///
8 | DATED: December 26, 2007

    /s/ Arthur L. Alarcón
_____
UNITED STATES CIRCUIT JUDGE
Sitting by Designation