IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS B. GARCIA,

    Petitioner,        No. 2:07-cv-00621 ALA HC

  vs.

D.K. SISTO,                        <u>ORDER</u>

    Respondent.

_____/

    Petitioner Nicholas Garcia is proceeding with an application for writ of habeas corpus under 28 U.S.C. § 2254. On June 22, 2007, petitioner filed a motion for an evidentiary hearing and the appointment of counsel.

    In deciding a motion for an evidentiary hearing "the judge must review the answer, any transcripts and records of state-court proceedings, and any materials submitted under Rule 7 to determine whether an evidentiary hearing is warranted." Rule 8(a), Fed. R. Governing § 2254 Cases. After review, this court has determined that an evidentiary hearing is not warranted at this time.

    In regards to petitioner's motion for the appointment of counsel, there currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), Fed. R. Governing

1

1  § 2254 Cases.  In the present case, the court does not find that the interests of justice would be
2  served by the appointment of counsel at the present time.
3  /////
4        Accordingly, IT IS HEREBY ORDERED that:
5      1.  Petitioner's June 22, 2007, motion for an evidentiary hearing is DENIED, without
6      prejudice; and
7      2.  Petitioner's June 22, 2007, motion for the appointment of counsel is DENIED.
8  /////
9  DATED: March 27, 2008

                        /s/ Arthur L. Alarcón
                        UNITED STATES CIRCUIT JUDGE
                        Sitting by Designation