1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS B. GARCIA,

     Petitioner,                   Case No. 2:07-cv-00621 ALA (HC)

    vs.

D.K. SISTO,                        ORDER

     Respondent.
_____/

     On November 24, 2008, Petitioner Nicholas B. Garcia ("Petitioner") filed a Notice of Appeal. (Doc. 25). On December 8, 2008, Petitioner received notice, vis-á-vis CM-ECF, that a certificate of appealability is required to appeal this Court's order and judgment denying habeas corpus relief. (Doc. 28 at 1). Petitioner, through counsel, advised the Clerk's Office that this Court did not need to certify Petitioner's appeal because the issues raised only challenge the propriety of a prison disciplinary violation. (*Id.*).

     Federal habeas petitioners are required to obtain a certificate of appealability to appeal a denial of habeas corpus relief where "the detention complained of arises out of process issued by a State court." 28 U.S.C. 2253(c)(1)(A). The Ninth Circuit has held "that a certificate of appealability 'is not required when a state prisoner challenges an administrative decision regarding the execution of his sentence.'" *Rosas v. Nielsen*, 428 F.3d 1229, 1231 (9th Cir. 2005)

(per curiam) (quoting *White v. Lambert*, 370 F.3d 1002, 1010 (9th Cir. 2004), *cert. denied*, --- U.S. ----, 125 S.Ct. 503 (2005)).  District courts, therefore, must consider "who made 'the detention decision complained of by the state prisoner,' an administrative body or a judicial one, in determining whether a certificate of appealability is required."  *Rosas* at 1231 (quoting *White*, 370 F.3d at 1010).

On appeal, Petitioner only challenges an administrative decision.  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court process Petitioner's appeal without the issuance of a certificate of appealability.

/////

DATED: February 2, 2009

                                         /s/ Arthur L. Alarcón
                                         UNITED STATES CIRCUIT JUDGE
                                         Sitting by Designation